AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Montana

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
United States Postal Service parcel addressed to Triston Knopp, 55 Sage Ln, Kalispell, MT 59901

Case No. MJ-21-104-M-KLD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Montana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, for description of the item to be searched, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime, contraband, fruits of a crime, other items illegally possessed, property intended for use, or used in committing a crime, which is described in Attachment B, which is incorporated herein by reference.

☒ **YOU ARE COMMANDED** to execute this warrant on or before __11/08/2021__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. Kathleen DeSoto__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __10/25/2021 3:13 pm__    /s/ Kathleen DeSoto
                                                 *Judge's signature*

City and state: Missoula, Montana    Hon. Kathleen DeSoto, U.S. Magistrate Judge
                                     *Printed name and title*

# Return

| Case No.: MJ-21-104-M-KLD | Date and time warrant executed: 10/25/2021 3:16 PM | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of:
NWDTF Agent Randal Vasquez, Agent David Rehbein, Agent Josh Fields

Inventory of the property taken and name(s) of any person(s) seized:

- USPS parcel with Tracking number EI 132 255 177 US
- 200 vape cartridges of suspected marijuana THC. Each cartridge has an approximate weight of 13 grams for an aggregate weight of approximately 2,600 grams
- plastic vacuum packing, bubble wrap, and other packing supplies

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/26/2021

*Walt Tubbs*
Executing officer's signature

Walt Tubbs, U.S. Postal Inspector
Printed name and title